The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA, *ex rel.*
    SIDESOLVE LLC,

11                              Plaintiff,

12          v.

13  DOCKLIGHT BRANDS, INC.,

14                              Defendant.

15

CASE NO.  22-cv-1371-BJR

**FILED UNDER SEAL**

**ORDER**

16      The United States has filed an *ex parte* Application for an Extension of Time to Consider

17  Election to Intervene, in which the government seeks a six-month extension of time, or until June 11,

18  2023, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an

19  extension of time is expressly contemplated by the False Claims Act, which provides that the United

20  States, "may, for good cause shown, move the Court for extensions of . . . time." 31 U.S.C.

21  § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

22      Accordingly, it is hereby ORDERED that the United States shall have until June 11, 2023, to

23  notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall

ORDER - 1
CASE NO. 22-cv-1371-BJR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  maintain the Complaint and other filings under seal for the duration of the government's

2  investigation.

3       DATED this 7th day of December, 2022.

4

5  _____
   BARBARA J. ROTHSTEIN

6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2
CASE NO. 22-cv-1371-BJR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970