UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., SIDESOLVE LLC, relator,<br><br>Plaintiffs,<br><br>v.<br><br>DOCKLIGHT BRANDS INC.,<br><br>Defendant. | CASE NO. 2:22-cv-1371<br><br>ORDER GRANTING UNITED STATES' EX PARTE APPLICATION OF TIME TO CONSIDER ELECTION TO INTERVENE<br><br><u>FILED UNDER SEAL</u> |

The United States filed an ex parte application for an extension of time to consider election to intervene, in which the government seeks a six-month extension of time, or until December 11, 2023, to notify the Court whether it intends to intervene in this qui tam lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States, "may, for good cause shown, move the Court for extensions of . . . time." 31 U.S.C. § 3730(b)(3). The Court finds that the ex parte application establishes good cause.

Accordingly, it is hereby ORDERED that the United States will have until December 11, 2023, to notify the Court of its decision whether or not to intervene in this qui tam action. The Clerk will maintain the complaint and other filings under seal for the duration of the government's investigation.

ORDER GRANTING UNITED STATES' EX PARTE APPLICATION OF TIME TO CONSIDER ELECTION TO INTERVENE - 1

Dated this 12th day of June, 2023.

_____
Jamal N. Whitehead
United States District Judge