The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SIDESOLVE LLC, relator,<br><br>Plaintiffs,<br><br>v.<br><br>DOCKLIGHT BRANDS, INC.,<br><br>Defendant. | CASE NO. 22-cv-1371-JNW<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States of America has filed an *Ex Parte* Application for an order partially lifting the seal in this case so that the United States may, at its discretion, provide Defendant and other necessary parties with a copy of the Complaint. The Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and may expedite the United States' investigation and possible resolution of this matter.

THEREFORE, IT IS HEREBY ORDERED that the United States' *Ex Parte* Application for Partial Lifting of Seal shall be granted, such that the United States, at its discretion, may provide a copy of the Complaint to Defendant and other necessary parties. The Clerk shall otherwise maintain

ORDER - 1
CASE NO. 22-cv-1371-JNW
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the Complaint and all other filings in this action under seal for the duration of the United States' investigation or until otherwise ordered by the Court.

DATED this 13th day of November, 2023.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

*s/ Mattt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

ORDER - 2
CASE NO. 22-cv-1371-JNW
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970