UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, SIDESOLVE LLC, relator,<br><br>Plaintiffs,<br><br>v.<br><br>DOCKLIGHT BRANDS INC.,<br><br>Defendant. | CASE NO. 2:22-cv-1371<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On January 2, 2024, the United States of America U.S. Attorney's Office contacted chambers inquiring about how to comply with the Notice Regarding Lack of Proper Signature dated December 29, 2023. The Court has stricken the Notice Regarding Lack of Proper Signature and the United States of America need not take further action with regard to filing the Ex Parte Notice of Intervention for Purposes of Effectuating Settlement and Application for an Unsealing of Relator's complaint, Dkt. No. 17.

MINUTE ORDER - 1

Dated this 12th day of January 2024.

<u>Ravi Subramanian</u>
Clerk
<u>*/s/Kathleen Albert*</u>
Deputy Clerk

MINUTE ORDER - 2