UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOCKLIGHT BRANDS INC.,<br><br>Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:22-cv-1371 |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiff United States of America's Motion for Entry of Judgment is GRANTED. Judgment is entered in Plaintiff's favor against Defendant Docklight Brands, Inc. for $989,438.00 on the terms set forth in the parties' Settlement Agreement, Dkt. No. 20-2.

Dated September 27, 2024.

Ravi Subramanian
Clerk of Court

*/s/Martin Valencia*
Deputy Clerk